■ WM SPECIALTY MORTGAGE LLC, Respondent, v ABUL K. AZAD, Appellant, et al., Defendants. [39 NYS3d 794]—Order, Supreme Court, Bronx County (Wilma Guzman, J.), entered March 28, 2014, which denied defendant Azad's motion to vacate a judgment of foreclosure and allow discovery, unanimously affirmed, without costs.

The 2010 and 2011 administrative orders on which defendant relies pertain only to foreclosure proceedings that were pending at the time of issuance and are therefore inapplicable to the subject judgment of foreclosure and sale, which was entered on or about January 13, 2009.

Defendant failed to set forth particular facts establishing the "fraud, collusion, mistake or accident" on which he bases his motion to vacate the judgment (*see Matter of Callwood v Cabrera*, 49 AD3d 394 [1st Dept 2008]).

We have considered defendant's remaining arguments and find them unavailing. Concur—Friedman, J.P., Renwick, Feinman, Gische and Kapnick, JJ.